IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA and THE STATE OF ILLINOIS ex rel., TRACY SCHUTTE and MICHAEL YARBERRY, | ) ) ) ) ) | |
| Plaintiffs and Relators | ) ) | |
| v. | ) ) ) | No. 25-3134 (Dist. Ct. No. 11-cv-3290-SEM) |
| SUPERVALU, INC., SUPERVALU HOLDINGS, INC., FF ACQUISITIONS, LLC, FOODARAMA, LLC, SHOPPERS FOOD WAREHOUSE CORP., SUPERVALU PHARMACIES, INC., ALBERTSON'S, LLC, JEWEL OSCO SOUTHWEST LLC, NEW ALBERTSON'S, INC., AMERICAN DRUG STORES, LLC, ACME MARKETS, INC., SHAW'S SUPERMARKET, INC., STAR MARKET COMPANY, INC., JEWEL FOOD STORES, INC., and AB ACQUISITION LLC. | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants | ) | |

**AMENDED DOCKETING STATEMENT**

Pursuant to Circuit Rules 3(c) and 28(a)(2), Plaintiffs-Relators submit the following docketing statement:

1. <u>Jurisdiction in the District Court</u>. Relators Schutte and Yarberry brought claims on behalf of themselves, the United States,

and the State of Illinois under their respective False Claims Acts, 31 U.S.C. § 3729, *et seq.* and 740 ILL. COMP. STAT. 175/1, *et seq.* Jurisdiction of the District Court was invoked under 28 U.S.C. §§ 1331, 1345, and 1367, and 31 U.S.C. §3732(b).

2. Jurisdiction in the Court of Appeals. On March 12, 2025, the district court entered Judgment on behalf of the Defendants (d/e 563) following a jury trial. Plaintiffs timely filed a post-trial motion pursuant to Federal Rule of Civil Procedure 59 on April 1, 2025 (d/e 568) and Defendants filed a renewed Motion for Judgment as a Matter of Law pursuant to Federal Rule of Civil Procedure 50(b) (d/e 571) on April 9, 2025. The District Court entered its opinion and order (d/e 605) denying Plaintiffs' and Defendants' Post-Trial Motions on October 31, 2025, and Plaintiffs filed their Notice of Appeal (d/e 606) on November 26, 2025.

3. Prior Appellate Proceeding in the Case. United States Court of Appeals for the Seventh Circuit, No. 20-2241, *UNITED STATES OF AMERICA ex rel. TRACY SCHUTTE and MICHAEL YARBERRY,* Plaintiffs - Appellants *v. SUPERVALU INCORPORATED, et al.,* Defendants – Appellees.

Respectfully submitted,

*/s/ Timothy Keller*
Timothy Keller
  Illinois Bar No. 6225309
Dale J. Aschemann
  Illinois Bar No. 6269347
Roderick Throgmorton
  Illinois Bar No. 6339752
Aschemann Keller LLC
300 North Monroe Street
Marion, Illinois 62959-2326
Telephone: (618) 998-9988
Facsimile: (618) 993-2565
E-Mail: tkeller@quitamlaw.org
      dale@aschlaw.org
        rthrogmorton@quitamlaw.org

James A. Tate
  Ohio Bar No. 0085319
Julie Webster Popham
  Ohio Bar No. 0059371
Helmer, Martins, Tate & Garrett Co.,
  L.P.A
1745 Madison Rd.
Cincinnati, Ohio 45206
Telephone: (513) 421-2400
Facsimile: (513) 421-7902
E-Mail: jtate@fcalawfirm.com
      jpopham@fcalawfirm.com

Glenn Grossenbacher
  Texas Bar No. 08541100
Law Office of Glenn Grossenbacher
17 Derecho Way
Hot Springs Village, Arkansas,
  71909
Telephone: (210) 325-3887
E-Mail: gglaw@satx.rr.com

Rand J. Riklin
  Texas Bar No. 16924275
Goode Casseb Jones Riklin
  Choate & Watson
2122 North Main Avenue
P.O. Box 120480
San Antonio, Texas 78212-9680
Telephone: (210) 733-6030
Facsimile: (210) 733-0330
E-Mail: riklin@goodelaw.com

Gary M. Grossenbacher
  Texas Bar No. 24008972
402 Vale Street
Rollingwood, Texas 78746
Telephone: (512) 699-5436
E-Mail: gmgtex@austin.rr.com

Jason M. Idell
  Texas Bar No. 24055714
Idell PLLC
6800 Westgate Blvd. Ste 132 #301
Austin, Texas 78745
Telephone: (512) 689-3081
E-Mail: jason@idellpllc.com

G. Patrick Murphy
  Illinois Bar No. 1994484
Murphy & Murphy LLC
3415 Office Park Drive, Suite D
Marion, IL 62959
Telephone: (618) 248-3236
E-Mail: efile@murphymurphyllc.com

*Attorneys for Plaintiffs-Relators*

## CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2025, pursuant to Circuit Rule 25 and Federal Rule of Civil Procedure 5(b), that the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system and served upon counsel.

<em>/s/Timothy Keller</em>